█ In the Matter of CARMINE DeSANTIS, a Disbarred Attorney. [936 NYS2d 906]

Rivera, J.P., Skelos, Dillon, Angiolillo and Belen, JJ., concur.